UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Barry Dwayne Minnfee,           )
                                )
        Petitioner,             )
                                )
    v.                          )   Civil Action No. 07 2194
                                )
Governor Rick Perry of Texas *et al.*,  )
                                )
        Respondents.            )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this ___9___ day of November 2007,

ORDERED that petitioner's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of jurisdiction.

_____
United States District Judge